UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY MICHAEL BUTLER,

    Plaintiff,

v.

ROBERT PICKELL, CHRISTOPHER SWANSON, MICHAEL TOCARCHICK, JASON GOULD, and COUNTY OF GENESEE,

    Defendants.

Case No. 1:21-cv-10817
District Judge Thomas L. Ludington
Magistrate Judge Kimberly G. Altman

_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO ADD DISCOVERY EXHIBITS TO CIVIL COMPLAINT (ECF No. 7)

I.

This is a civil rights case under 42 U.S.C. § 1983. Plaintiff Anthony Michael Butler, proceeding *pro se*, filed a complaint naming as defendants the current and former sheriffs of Genesee County, jail administrators, the Genesee County Sheriff's Department, and the County of Genesee.[1] He alleges that defendants installed an audio and video surveillance system in the jail which recorded his confidential attorney-client meetings. *See* ECF No. 1. Under 28

---

[1] Defendant Genesee County Sheriff's Department has been dismissed from the case. (ECF No. 8).

1

U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned. (ECF No. 15).

Before the Court is Butler's motion to add discovery exhibits to his Complaint. (ECF No. 7). The complaint has not yet been served on any defendants. Under these circumstances, Butler's motion to add discovery exhibits to his Complaint is GRANTED and the exhibits shall be considered as exhibits attached to the Complaint. *See Hoffmeyer v. Chambers-Smith*, No. 1:20-cv-637, 2020 WL 7698131, at *1 (S.D. Ohio Dec. 28, 2020), *report and recommendation adopted*, 2021 WL 735730 (S.D. Ohio Feb. 25, 2021).

**Butler has also moved to amend the complaint. The motion has been granted by a separate order which directs him to file an Amended Complaint. Should Butler wish to include the exhibits in the Amended Complaint, he must attach them to the Amended Complaint.**

SO ORDERED.

Dated: December 15, 2021           s/Kimberly G. Altman
Detroit, Michigan          KIMBERLY G. ALTMAN
         United States Magistrate Judge

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 15, 2021.

s/Carolyn M. Ciesla
CAROLYN M. CIESLA
Case Manager
